UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| DB INSURANCE COMPANY, LTD, | 2019-CV-3844 (ARR) (RER) |
|---|---|
| Plaintiff | **Opinion & Order** |
| — against — | Not for electronic or print publication |
| UNITED STATES INTERNAL REVENUE SERVICES ET AL., | |
| Defendants. | |

ROSS, United States District Judge:

This Court has received the Report and Recommendation on the instant case dated December 21, 2021, from the Honorable Ramon E. Reyes, Jr., United States Magistrate Judge. No objections have been filed. The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA)(LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011), *aff'd*, 472 F. App'x 73 (2d Cir. 2012) (summary order). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, I grant the United States' motion for default judgment on its crossclaims against NYS Tax and Chase and direct that the interpleader funds be distributed to the United States. As a corollary to the United States' motion, I also enter default judgment against NYS Tax

and Chase on the interpleader complaint and discharge DB from any liability related to the interpleader funds.

SO ORDERED.

_____/s/_____
Allyne R. Ross
United States District Judge

Dated: January 19, 2022
Brooklyn, New York

2